OHIO STATE BAR ASSOCIATION *v.* WILLARD.

(D. D. No. 76-16—Decided April 13, 1977.)

4

*Mr. John R. Welch, Mr. Albert L. Bell, Mr. Ralph W. Phillips* and *Mr. Frank DeFrancis,* for relator.

Respondent was neither present nor represented by counsel.

*Per Curiam.* Upon review of the hearing by the board, we find that the charges against respondent were accurate and substantiated. Respondent's conduct and subsequent disregard for these proceedings reflect most unfavorably upon the entire legal profession.

We accept the board's recommendation, and respondent is permanently disbarred from the practice of law.

*Judgment accordingly.*

HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.

O'NEILL, C. J., not participating.